[No. 23622-2-II. Division Two. June 11, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN ORNELLAS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-8-00427-3, Gary Tabor, J., entered June 18, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Houghton and Hunt, JJ.